UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RICHARD N. BELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:19-cv-01636-JRS-DML |
| v. | ) |
| | ) |
| JM BULLION, INC | ) |
| | ) |
| Defendant. | ) |

**ORDER ON UNOPPOSED MOTION TO DISMISS WITH PREJUDICE
AS TO DEFENDANT JM BULLION, INC**

The Plaintiff having filed a DISMISSAL WITH PREJUDICE OF JM BULLION, INC which is not opposed by the Defendant, the Court finds this Motion should be granted. This Court Orders that the case be Dismissed against JM BULLION, INC with prejudice. This case is dismissed.

SO ORDERED.

Date: 5/6/2019

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Fox Rothschild LLP
Attn: Tracy A. Gallegos. Esq.
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
tgallegos@foxrothschild.com

RICHARD N. BELL , Esq.
richbell@comcast.net